UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCIS AMITEYE NGISSAH,

    Plaintiff,

  v.

OFFICER SHELTON et al.,

    Defendants.

No. 2:15-cv-0557 DAD P

ORDER

    Plaintiff, a state prisoner at Deuel Vocational Institution, has filed an incomplete civil rights complaint form and an incomplete motion to proceed in forma pauperis. In order to commence an action, plaintiff must file a complaint as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the required filing fee or file a completed application requesting leave to proceed in forma pauperis.[1] See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced. Therefore, plaintiff's pending motion to prohibit defendants from obtaining government legal representation will be denied without prejudice. Plaintiff will be granted thirty days to file his complaint and to submit a completed application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

---

[1] If leave to file in in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments.

1

1    Plaintiff is cautioned that the in forma pauperis application form includes a section that
2 must be completed by a prison official, and the form must be accompanied by a certified copy of
3 plaintiff's prison trust account statement for the six-month period immediately preceding the
4 filing of this action.
5    In accordance with the above, IT IS HEREBY ORDERED that:
6    1. Plaintiff's motion to prohibit defendants from obtaining government legal
7 representation (Doc. No. 3) is denied without prejudice;
8    2. Plaintiff is granted thirty days from the date of service of this order to file a complaint
9 that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure,
10 and the Local Rules of Practice; the complaint must bear the docket number assigned this case.
11 Plaintiff shall also submit, within thirty days from the date of this order, the application to
12 proceed in forma pauperis on the form provided by the Clerk of Court, or the $350.00 filing fee
13 plus the $50.00 administrative fee. Plaintiff's failure to comply with this order will result in a
14 recommendation that this matter be dismissed; and
15    3. The Clerk of the Court is directed to send plaintiff the court's form for filing a civil
16 rights action, and the application to proceed in forma pauperis by a prisoner.
17 Dated: March 21, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ngis0557.nocompl