UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCIS AMITEYE NGISSAH, | No. 2:15-cv-0557 DAD P |
| Plaintiff, | |
| v. | ORDER AND |
| OFFICER SHELTON et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

By an order filed March 23, 2015, plaintiff was granted thirty days in which to file a civil rights complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Plaintiff was also ordered to file a complete in forma pauperis affidavit or pay the appropriate filing fee within thirty days. The court cautioned plaintiff that failure to comply with the order would result in a recommendation for dismissal of this action without prejudice. The thirty-day period has now expired, and plaintiff has not complied with the court's order or otherwise responded to it.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action.

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

1

1  after being served with these findings and recommendations, plaintiff may file written objections
2  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
3  and Recommendations."  Plaintiff is advised that failure to file objections within the
4  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951
5  F.2d 1153 (9th Cir. 1991).
6  Dated:  May 15, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
ngis0557.nocompl(2)